DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL LINDSAY** and **JUNE M. COLE,**
Appellant,

v.

**GRAND ISLE AT WYNDHAM LAKES HOMEOWNERS ASSOCIATION, INC,**
Appellee.

No. 4D21-511

[June 24, 2021]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; Louis H. Schiff, Judge; L.T. Case No. CONO16-7092, CACE18-25712.

Michael Lindsay and June M. Cole, Coral Springs, pro se.

Philip J. Croyle of Philip J. Croyle, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST, and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***